```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03100
    LAWRENCE T CARTER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2975

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/12/2008 and was confirmed 04/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID        PAID
------------------------------------------------------------------------------
ACTION CARD BANK FIRST     NOTICE ONLY      NOT FILED          .00          .00
COMCAST                    UNSECURED        NOT FILED          .00          .00
COMCAST                    NOTICE ONLY      NOT FILED          .00          .00
GMAC                       NOTICE ONLY      NOT FILED          .00          .00
HSBC BANK NEVADA NA        UNSECURED           598.12          .00          .00
HSBC                       UNSECURED        NOT FILED          .00          .00
HSBC                       UNSECURED        NOT FILED          .00          .00
HSBC BANK NEVADA NA        UNSECURED           619.45          .00          .00
HSBC BANK NEVADA NA        UNSECURED           599.53          .00          .00
HOMEWOOD DISPOSAL SERVIC   UNSECURED        NOT FILED          .00          .00
FIFTH THIRD BANK           UNSECURED        NOT FILED          .00          .00
FIFTH THIRD BANK           NOTICE ONLY      NOT FILED          .00          .00
TCF NATIONAL BANK          UNSECURED        NOT FILED          .00          .00
TCF BANK                   NOTICE ONLY      NOT FILED          .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           780.79          .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           598.29          .00          .00
SPRINT PCS                 UNSECURED        NOT FILED          .00          .00
SPRINT                     NOTICE ONLY      NOT FILED          .00          .00
REGIONAL ACCEPTANCE CORP   SECURED VEHIC     24702.00       376.20      1261.40
REGIONAL ACCEPTANCE CORP   UNSECURED          1077.96          .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           411.62          .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          1305.22          .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          1021.76          .00          .00
LEDFORD & WU               DEBTOR ATTY        2,790.00                      .00
TOM VAUGHN                 TRUSTEE                                       142.40
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     1,780.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 03100 LAWRENCE T CARTER
```

```
PRIORITY                                                              .00
SECURED                                                          1,261.40
     INTEREST                                                      376.20
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                               142.40
DEBTOR REFUND                                                         .00
                                     ----------------    ----------------
TOTALS                                       1,780.00            1,780.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 11/19/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```